**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| EVELYN and JOHN M. STEWART, ) <br> husband and wife, on their own behalf ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> NEBRASKA BEEF, LTD., a foreign ) <br> corporation. ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br> NO: 7:08-CV-94 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COME NOW the plaintiffs, by and through their attorneys of record, and pursuant to Federal Rule of Civil Procedure 41 (a), voluntarily dismisses this action without prejudice.

SIGNED AND DATED this 5th day of September, 2008.

/s/ F. Faison Middleton, IV
F. Faison Middleton, IV
Ga. Bar No.: 504745
Watson Spence LLP
P. O. Box 2008
Albany, GA 31702-2008
229-436-1545
229-436-6358 (fax)
fmiddleton@watsonspence.com

**Of Counsel**
William D. Marler
MARLER CLARK, L.L.P., P.S.
6600 Columbia Center
701 Fifth Avenue
Seattle, WA 98104
206-346-1890
bmarler@marlerclark.com          Attorneys for Plaintiffs